DAVID B. HARRELL, plaintiff in error, *vs.* ROBERT J. GRIMES, defendant in error.

The bill of exceptions in this cause was dismissed because it was not served till the eleventh day after it was certified by the Judge below. (R.)

HAWKINS & BURKE, by R. H. CLARK, for plaintiff in error.

E. H. BEALL, J. L. WIMBERLY, by A. HOOD, for defendant.